UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) THE EISENHUT CORPORATION, INC.    CIVIL NO. 98-2015(DRD)

v.

Defendant(s) S/Y THE SINGLETREE ROBERT M. STEINMETZ.

*RECEIVED & FILED DEC 10 1999 OFFICE-CLERK U.S. DIST. CT. SAN JUAN, PR*

| MOTION | ORDER |
|---|---|
| Docket entry no. 4. | ☒ GRANTED. |
| Date: November 10, 1999. | ☐ DENIED. |
| Title: PLAINTIFF'S SECOND MOTION FOR SUMMONS BY PUBLICATION. | ☐ MOOT. |
| | ☐ NOTED. |
| No Further opportunities to be granted. Plaintiff to prepare proposed order for the Clerk to consider. | |

IT IS SO ORDERED.

Date: 12/08/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE