# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _The Eisenhut Corp., Inc._   CIVIL NO. _98-2015_ (DRD)

v.

Defendant(s) _S/y The Singletree_

_Robert M. Steinmetz_

| MOTION | ORDER |
|---|---|
| Docket entry no. ____ | ❏ GRANTED. |
| Date: ___/___/___. | ❏ DENIED. |
| Title: _____ | ❏ MOOT. |
|  | ❏ NOTED. |
| On December 14, 1999, the Clerk of the Court issued summons by publication. Over four months have passed and Plaintiff has not taken any action in this case or otherwise placed the Court in position to determine whether the summons were duly published. Therefore, the Court | orders plaintiff to show cause within fifteen days why this Complaint should not be dismissed for lack of prosecution. Show Cause is due on June 12, 2000 |

IT IS SO ORDERED.

Date: _May 26, 2000_

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE


