

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE EISENHUT CORP., INC.

    Plaintiffs

v.                                          Civil No. 98-2015 (DRD)

S/Y THE SINGLETREE
ROBERT M. STEINMETZ

    Defendant

## ORDER

On May 26, 2000, the Court granted Plaintiff fifteen (15) days to show cause why the Complaint should not be dismissed for lack of prosecution. (Docket No. 6). More than two (20) months have now elapsed and Plaintiff has yet to comply with the Court's Order to show cause. Accordingly, the Court hereby orders that judgment of dismissal without prejudice be entered.

IT IS SO ORDERED.

DATE: July 20, 2000

                                                  DANIEL R. DOMINGUEZ
                                                  U.S. DISTRICT JUDGE

N:\98-2015 DIS