UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE EISENHUT CORP., INC.

    Plaintiffs

v.                                                      Civil No. 98-2015 (DRD)

S/Y THE SINGLETREE

    Defendant

## JUDGMENT

For the reasons stated in the Order issued on this same date, Plaintiff's Complaint is hereby dismissed without prejudice.

In San Juan, Puerto Rico on this 20th day of July, 2000.

                                                    DANIEL R. DOMINGUEZ
                                                    U.S. DISTRICT JUDGE